

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00106-CV

Barry **BROOKS**, Heston C. King, Stefen Douglas Brooks, Johanna Barton,
and Jesse Rodriguez Benavides,
Appellants

v.

**EXCELLENCE MORTGAGE, LTD.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01173
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE STONE,[1] JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the portion of the trial court's order granting Excellence Mortgage, Ltd.'s traditional motion for summary judgment on Appellants' breach of contract claims is AFFIRMED.

The portion of the trial court's order disposing of Appellants' antitrust and interference with prospective business relations claims is REVERSED.

We REMAND this cause to the trial court for further proceedings.

We tax costs of this appeal against the party that incurred them. *See* TEX. R. APP. P. 43.4.

SIGNED April 1, 2015.

_____
Patricia O. Alvarez, Justice

---

[1] Chief Justice Catherine M. Stone, retired, not participating.